UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUGLAS S. CARTER

        Plaintiff,                       CASE NO.:  8:03-CV-326-T-27-MAP

vs.

DIAMONDBACK GOLF CLUB, INC.

        Defendant.
_____/

**<u>DEFENDANT'S PROPOSED VERDICT FORM</u>**

Pursuant to Rule 49 of the Federal Rules of Civil Procedure, Plaintiff requests that the following Verdict Sheet (Special Interrogatories to the Jury) attached hereto be given to the jury to answer in the course of its deliberations.

    1.    Has Douglas Carter met his burden and proved by a preponderance of the evidence that religion was a motivating factor in the decision of Diamondback Golf Club, Inc. to terminate the plaintiff?

                  _____    YES

                  _____    NO

    2.    If your answer to Number 1 above is "NO" then your finding is for Diamondback Golf Club, Inc. and you should sign and date the form in the spaces below.

    3.    If your answer to Number 1 above is "YES" then you must proceed to Number 4 below.

    4.    Has Diamondback Golf Club, Inc. proved by a preponderance of the evidence that the Plaintiff would have been discharged from employment for other reasons even in the absence

of consideration of the Plaintiff's religion?

    _____  YES

    _____  NO

5.    If your answer to Number 4 above is "YES" then your finding is for Diamondback Golf Club, Inc. and you should sign and date the form in the spaces below.

6.    If your answer to Number 4 above is "NO" then go to Number 7 below.

7.    Has Douglas Carter proved by a preponderance of the evidence that he suffered damages as a result of the decision of Diamondback Golf Club, Inc. to terminate the plaintiff?

    _____  YES

    _____  NO

8.    If your answer to Number 7 above is "NO" then your finding is for the defendant and you should sign and date the form in the spaces below.

9.    If your answer to Number 7 above is "YES" then go to Number 10 below.

10.    DAMAGES CALCULATIONS:

Note: Before you can calculate damages you must have answered "YES" to Number 1 above, "NO" to Number 4 above and "YES" to Number 7 above. If that is not correct, please review your instructions above. Please note that you may only include calculations for damages for the kinds of damages indicated below.

**PLEASE PRINT LEGIBLY.**

A.    LOST WAGES:  Has the plaintiff proved by a preponderance of the evidence that he lost wages as a proximate result of his termination?

    _____  YES

    _____  NO.

If your answer to this question is "NO" then you should write zero in the space below. If your answer is "YES" then you should fill in the amount in the space below.

$_____

  B. COMPENSATORY DAMAGES. Has the plaintiff proved by a preponderance of the evidence that he suffered injuries for which he is entitled to compensatory damages as a proximate result of his termination?

  _____ YES

  _____ NO

If your answer to this question is "NO" then you should write zero in the space below. If your answer is "YES" then you should fill in the amount in the space below.

$_____

**The above is our unanimous verdict and our unanimous answers to the special interrogatories.**

**DATED THIS _____ DAY OF FEBRUARY, 2006.**

_____
**FOREPERSON**